

515 S. Flower Street, Suite 1800
Los Angeles, CA 90071

**PETER E. PERKOWSKI**
o: 213.340.5796
peter@perkowskilegal.com

February 27, 2023

**Application DENIED.  No reason for the requested adjournment has been provided.**

**By ECF**

Dated: February 28, 2023
        New York, New York

_/s/ Lorna G. Schofield_
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

The Honorable Lorna G. Schofield
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *BackGrid USA, Inc. v. Maudal S.A.S.*, No. 1:23-cv-267-LGS
      **Request to adjourn or extend initial case management deadlines**

Dear Judge Schofield:

We represent plaintiff BackGrid USA, Inc. in the above-captioned action. In accordance with Rule I.B.2 of Your Honor's Individual Rules, plaintiff requests an adjournment or extension of the March 8, 2023 telephonic conference and the related March 1, 2023 deadline to submit a joint letter previously set by the Court. (ECF 8.)

**The original date and new date.** The Court set a telephonic conference for March 8, 2023, at 4:00 p.m., with a corresponding deadline to submit a joint letter by noon on March 1, 2023. (ECF 8.) At the Court's convenience, plaintiff requests an adjournment of approximately 30 days for the telephonic conference—to *April 12, 2023*—with an extension of the due date for the joint letter to *April 5, 2023*.

**The number of previous requests for adjournment or extension.** Plaintiff has not made any prior requests for extension or adjournment. Accordingly, there have been no previous requests that have been granted or denied by the Court.

**Whether the adversary consents.** By email early in the morning of February 27, 2023, counsel for plaintiff sought consent for the adjournment and extension from counsel for defendant. No response was received by the time this request needed to be filed (two days before the March 1 deadline).

**Whether the request affects other scheduled dates.** There are no other dates scheduled after the dates set by the Court's January 25, 2023 Order.

In light of the foregoing, plaintiff respectfully requests that the conference be adjourned and related due date be extended as set forth above.

Respectfully,

*/s/ Peter Perkowski*

Peter E. Perkowski
Counsel for Plaintiff

c: Counsel of Record via email